## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RAYMOND M. RIESER,**

**Petitioner,**

**v.**

**W. A. SHERROD,**

**Respondent.**                                                                 **No. 10-CV-541-DRH**

### JUDGMENT IN A CIVIL CASE

     **DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

     **IT IS ORDERED AND ADJUDGED** that pursuant to the order entered by this Court on January 4, 2011, the petition is **DISMISSED** and this case is **DISMISSED** with prejudice.-----------------------------------------------------------------------------

                                     **NANCY J. ROSENSTENGEL,**
                                     **CLERK OF COURT**


                             **BY:**       ***/s/Sandy Pannier***
                                         **Deputy Clerk**

Dated: January 19, 2011

David R. Herndon
2011.01.19
11:55:22 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT